PHILLIP A. TALBERT
United States Attorney
LISA A. THOMAS
Regional Chief Counsel, Region VII
SARAH E. PRESTON, MO BAR 60154
Special Assistant United States Attorney
     601 E 12th Street, Suite 965
     Kansas City, MO 64106
     Telephone: (816) 936-5931
     Facsimile: (833) 950-3518
     Email: Sarah.Preston@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JOHN EDWARD ROBERTS,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:21-cv-00462-SKO<br><br>STIPULATION TO REMAND AND ORDER<br><br>(Doc. 17) |

    IT IS STIPULATED by and between John Edward Roberts (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the medical opinion evidence of record. The parties further request that the Court direct the Clerk

Stip. to Remand; Order                  1:21-cv-00462-SKO

of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 28th day of February 2022.

Dated:  March 1, 2022        /s/  Jonathan O. Pena
                             JONATHAN O. PENA
                             Attorney for Plaintiff
                             *Authorized via e-mail on Feb. 28, 2022

Dated:  March 1, 2022        PHILLIP A. TALBERT
                             United States Attorney
                             LISA A. THOMAS
                             Regional Chief Counsel, Region VII
                             Social Security Administration

                      By:    /s/ SARAH E. PRESTON
                             SARAH E. PRESTON
                             Special Assistant United States Attorney

                             Attorneys for Defendant

# ORDER

Based upon the parties' foregoing Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 17), and for cause shown,

**IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court is hereby DIRECTED to:

(1) enter judgment in favor of Plaintiff John Edward Roberts and against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security; and

(2) administratively close this file.

IT IS SO ORDERED.

Dated: __**March 1, 2022**__         ____/s/ *Sheila K. Oberto*____
                                    UNITED STATES MAGISTRATE JUDGE